UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 00008
    RUBEN CANTU
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3551
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/02/2007 and was confirmed 05/16/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 04/03/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 13.03 | 150.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1007.46 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 18363.00 | 730.85 | 1768.64 |
| CITY OF CHICAGO WATER DE | SECURED | 142.00 | .00 | 52.95 |
| COOK COUNTY TREASURER | SECURED | 800.00 | .00 | 162.76 |
| MONTEREY FINANCIAL | SECURED | 353.00 | 8.87 | 134.16 |
| MONTEREY FINANCIAL | UNSECURED | 289.28 | .00 | .00 |
| MORTGAGE LENDERS NETWORK | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE LENDERS NETWORK | SECURED NOT I | 5131.02 | .00 | .00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | SECURED NOT I | .00 | .00 | .00 |
| TIDEWATER MOTOR CREDIT | SECURED | 1000.00 | 28.27 | 189.44 |
| TIDEWATER MOTOR CREDIT | UNSECURED | 2882.33 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 480.88 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 450.00 | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | 1254.06 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 1120.07 | .00 | .00 |
| T MOBILE | UNSECURED | 62.61 | .00 | .00 |
| B-LINE LLC | UNSECURED | 994.36 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,463.00 | | 2,111.70 |
| TOM VAUGHN | TRUSTEE | | | 363.38 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,714.05 | |

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00008 RUBEN CANTU

```
PRIORITY                                                      .00
SECURED                                                  2,457.95
     INTEREST                                              781.02
UNSECURED                                                     .00
ADMINISTRATIVE                                           2,111.70
TRUSTEE COMPENSATION                                       363.38
DEBTOR REFUND                                                 .00
                         ---------------   ---------------
TOTALS                        5,714.05          5,714.05
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/24/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 00008 RUBEN CANTU